MICHAELINE K. WALTON, APPELLANT, V. DAVID J. WALTON, APPELLEE.

346 N.W.2d 401

Filed March 30, 1984. No. 83-198.

E. Terry Sibbernsen of Welsh, Sibbernsen & Roach, for appellant.

Joseph P. Caniglia of Seminara, Caniglia, Turco, McCarthy & Sacoman, for appellee.

WHITE, CAPORALE, and SHANAHAN, JJ., and BLUE, D.J., and COLWELL, D.J., Retired.

PER CURIAM.

The instant appeal involves a domestic relations matter.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. The judgment is affirmed.

AFFIRMED.